UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | M.B.D. Case No. 20-MC-91368 |
| | ) | |
| NEAL GRUBERT, | ) | |
| Defendant | ) | |

<u>ORDER OF CONTINUANCE AND EXCLUDABLE DELAY</u>

December ___23___ , 2020

Upon consideration of the government's motion seeking an order of continuance and excludable delay, the Court finds as follows:

1.      The defendant has been charged by criminal complaint in <u>United States v. Neal Grubert</u>, No. 20-MJ-4157-DHH.   The parties have been engaged in preliminary discussions regarding the possible resolution of this matter that might result in an agreed disposition and obviate the need for an indictment, but the progression of those discussions depends largely on counsel's ability to confer extensively and privately with her client, which is significantly impacted by the limitations on in-person interaction triggered by the current public health crisis, especially considering that the defendant is currently housed at Wyatt.

2.      Such an agreement, in conjunction with a pre-indictment plea, may work to the defendant's benefit or assist the government's ongoing investigation.   If indicted for the offense currently charged against him by complaint, the defendant faces a 15 year mandatory minimum sentence.

3.      Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from December 4, 2020 through and including January 22, 2021 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial

pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

4.      Accordingly, the Court hereby grants the government's assented-to motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to **January 22, 2021**; and (2) the period from December 4, 2020 through and including January 22, 2021 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.


_____
**HONORABLE DENISE J. CASPER**
**UNITED STATES DISTRICT JUDGE**